# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | WAYNE A & JANET S BENTLEY |
| Case Number: | 2:10-bk-05311-GBN     Chapter: 13 |
| Date / Time / Room: | TUESDAY, AUGUST 31, 2010 02:30 PM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PROVIDENT FUNDING ASSOCIATES, L.P.

R / M #:    25 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR WAYNE A BENTLEY, JANET S BENTLEY
LEONARD J. MCDONALD, ATTORNEY FOR PROVIDENT FUNDING ASSOCIATES, L.P.

## Proceedings:

MR. MCDONALD INFORMS THE COURT THAT THE PARTIES HA E REACHED A RESOLUTION.  A SIX MONTH CONDITIONAL STAY RELIEF ORDER WILL BE UPLOADED.

MR. ABUJBARAH CONCURS.

THE COURT:  AN ORDER WILL BE SIGNED.